# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVAN E. HANN,<br><br>            Plaintiff,<br><br>    vs.<br><br>HARMON,<br><br>            Defendant. | 1:15-cv-00396-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 12, 2015.  Plaintiff also filed an application to proceed in forma pauperis.  The application was incomplete and not on the correct form.  Accordingly, IT IS HEREBY ORDERED that:

1. Within forty-five days from service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. The failure to comply with this order will result in dismissal of this action without prejudice.

IT IS SO ORDERED.

   Dated:   **March 17, 2015**                    /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE

1